UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Attrezzi, LLC

                    v.                              Case No. 03-cv-461-PB

Maytag Corporation


O R D E R


        Defendant's Motion for Permanent Injunction (document 112) is granted in part.

A permanent injunction shall issue in the form proposed by the defendant except that

said injunction shall not contain paragraph four of the proposed injunction.  Costs shall

be addressed separately by the clerk in the first instance.  Plaintiff's Motion for

Permanent Injunction (document 113) is denied.



        SO ORDERED.



July 8, 2005                              /s/ Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

cc:     James Goggin, Esq.
        Eward Haffer, Esq.