U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 17 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Attrezzi, LLC

       v.                                  Case No. 03-cv-461-PB

Maytag Corporation

ORDER

It has come to the Court's attention that Maytag Corporation has made a duplicate payment for one of its appeals. Accordingly, the Clerk is directed to refund Maytag Corporation the amount of $255.00, by making a check payable to its counsel, Sheehan Phinney Bass & Green.

SO ORDERED.

September 17, 2005

                                                    Paul Barbadoro
                                                    United States District Judge

cc:    Edward Haffer, Esq.
        James Goggin, Esq.